## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ROGER DALE SIMS,                                                                                    PLAINTIFF
ADC #121381

v.                                          No. 3:07CV00106 JLH/HDY

ANN HUDSON, *et al*.                                                                         DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant Fogleman be DISMISSED from plaintiff's complaint, with prejudice.

IT IS SO ORDERED this 2nd day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE