IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROGER DALE SIMS,                                                                                    PLAINTIFF
ADC #121381

v.                                              CASE NO. 3:07CV00106 JLH

ANN HUDSON                                                                                          DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendant's motion for summary judgment (DE #23) is GRANTED and plaintiff's complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 28th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE