# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ROGER DALE SIMS,                                                                                    PLAINTIFF
ADC #121381

v.                                    CASE NO. 3:07CV00106 JLH

ANN HUDSON                                                                                          DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 28th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE